1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748

**FILED**

SEP 09 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| America Online, located at 22000 AOL Way, Dulles VA, related to email account symmesrt@aol.com | Case No. 2:09-SW-0012 GGH<br>*Drd*<br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

1. That the search warrant and supporting affidavit in the above-entitled matter be immediately unsealed.

Date: __9/9/__, 2011

_____
DALE A. DROZD
United States Magistrate Judge

2